FILED
CLERK, U.S. DISTRICT COURT

MAR 12 2009

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR 89-00142-SVW |
| Plaintiff, ) | |
| v. ) | ORDER OF DETENTION AFTER HEARING (Fed.R.Crim.P. 32.1(a)(6) 18 U.S.C. § 3143(a) Allegations of Violations of Probation/Supervised Release Conditions) |
| VALDEMAR BUSTILLOS, ) | |
| Defendant. ) | |

On arrest warrant issued by the United States District Court for the **CDCA** involving alleged violations of conditions of probation/supervised release,

The court finds no condition or combination of conditions that will reasonably assure:

    A. (✓) the appearance of defendant as required; and/or

    B. (✓) the safety of any person or the community.

The Court concludes:

    A. (✓) Defendant poses a risk to the safety of other persons or the community because defendant has not demonstrated by clear and convincing evidence that: *he can abide by conditions of release*

B.  (✓) Defendant is a flight risk because defendant has not shown by clear and convincing evidence that: _he can abide by conditions of release_

IT IS ORDERED defendant be detained.

DATED: March 17, 2009

_Carolyn Turchin_
CAROLYN TURCHIN
U.S. MAGISTRATE/DISTRICT JUDGE